UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Civil No. 07- 13386
                                                   Honorable Robert H. Cleland
                                                   Magistrate Judge R. Steven Whalen

ONE HUNDRED THIRTY-NINE THOUSAND
SIX HUNDRED EIGHTY-THREE DOLLARS AND
NINETY-NINE CENTS IN UNITED STATES CURRENCY
($139,683.99) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXX; NINETY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($90,000.00) FROM FIFTH
THIRD BANK ACCOUNT #951144XXXX; AND
TWENTY-FOUR THOUSAND THIRTY EIGHT DOLLARS
AND SIXTY-TWO CENTS IN UNITED STATES CURRENCY
($24,038.62) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXB,

    Defendants.

_____/

## STIPULATION TO STAY CIVIL FORFEITURE PROCEEDING

Plaintiff, the United States of America, and Claimants, by and through their respective, undersigned attorneys, hereby acknowledge that a related criminal investigation and/or criminal proceeding is currently pending and stipulate to the entry of an order for a stay of the above-captioned civil forfeiture proceeding for a period of ninety (90) days from and after the date of the entry of the accompanying order, pursuant to 18 U.S.C. §981(g)(1) or 18 U.S.C. §981(g)(2), or both, on the grounds that continuation of the civil proceeding may negatively impact one or both parties

1

as described in the cited statutes; and that the 90 day stay continue during the pendency of the related criminal investigation, the related criminal proceeding, or both, or until further order of the Court as provided in the accompanying Order.

STEPHEN J. MURPHY
United States Attorney

| | |
|---|---|
| s/T.N. ZIEDAS | s/w consent of J. LEONARD HYMAN |
| T.N. ZIEDAS<br>Assistant United States Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313)- 226-9573<br>Email: peter.ziedas@usdoj.gov<br>[P-34653] | J. LEONARD HYMAN<br>Attorney for Claimant Fikrat Kayali<br>HYMAN LIPPITT, P.C.<br>322 N. Old Woodward<br>Birmingham, Michigan 48009<br>(248)-646-8292<br>[P-15318] |
| Dated: 10/31/2007 | Dated: 10/31/2007 |
| | s/with consent of LARRY C. WILLEY |
| | LARRY C. WILLEY<br>Attorney for Claimant Fidel Rodriguez<br>Law Offices of Willey & Chamberlain<br>940 Trust Building<br>40 Pearl Street<br>Grand Rapids, Michigan 49503<br>(616)-458-2212<br>[P-28870] |
| | Dated: 10/31/2007 |

*(Stipulation to Stay Civil Forfeiture Proceeding; Civil Case No. 07-13386)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 Civil No. 07- 13386
                                                      Honorable Robert H. Cleland
                                                      Magistrate Judge R. Steven Whalen

ONE HUNDRED THIRTY-NINE THOUSAND
SIX HUNDRED EIGHTY-THREE DOLLARS AND
NINETY-NINE CENTS IN UNITED STATES CURRENCY
($139,683.99) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXX; NINETY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($90,000.00) FROM FIFTH
THIRD BANK ACCOUNT #951144XXXX; AND
TWENTY-FOUR THOUSAND THIRTY EIGHT DOLLARS
AND SIXTY-TWO CENTS IN UNITED STATES CURRENCY
($24,038.62) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXB,

    Defendants.

_____/

## **ORDER STAYING CIVIL FORFEITURE PROCEEDINGS**

Upon the accompanying Stipulation to Stay Civil Forfeiture Proceeding, and it appearing that good cause for the stay has been shown given that the United States is conducting a criminal investigation related to the instant civil forfeiture case that may result in the commencement of a criminal case, and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed for a period of ninety days (90) from and after the date of the entry of this order during the pendency

or the related criminal investigation, the related criminal case, or both, or until further order of the Court, without prejudice to either party to seek an advance termination or an extension of the stay.

**IT IS FURTHER ORDERED** that upon termination of the stay, the parties shall be afforded

a reasonable time to conclude discovery, file dispositive motions, and file all witness lists prior to any pretrial or trial proceedings.

       S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 6, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 6, 2007, by electronic and/or ordinary mail.

       S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522