UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.                                Civil No. 07- 13386
                                        Honorable Robert H. Cleland
                                        Magistrate Judge R. Steven Whalen

ONE HUNDRED THIRTY-NINE THOUSAND
SIX HUNDRED EIGHTY-THREE DOLLARS AND
NINETY-NINE CENTS IN UNITED STATES CURRENCY
($139,683.99) FROM FIFTH THIRD BANK ACCOUNT
#7911905516; NINETY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($90,000.00) FROM FIFTH
THIRD BANK ACCOUNT #9511441793; AND
TWENTY-FOUR THOUSAND THIRTY EIGHT DOLLARS
AND SIXTY-TWO CENTS IN UNITED STATES CURRENCY
($24,038.62) FROM FIFTH THIRD BANK ACCOUNT
#7911905375,

                Defendants *in Rem*.

_____/

## PARTIAL CONSENT JUDGMENT AND FINAL ORDER OF FORFEITURE

      Upon the accompanying Stipulation for Entry of Partial Consent Judgment and Final

Order of Forfeiture, and the Court being otherwise advised in the premises; now, therefore;

IT IS SO ORDERED.

                        S/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 12, 2012, by electronic and/or ordinary mail.


 S/Lisa Wagner                                                   
Case Manager and Deputy Clerk
(313) 234-5522