UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                              Civil No. 07- 13386
                                                    Honorable Robert H. Cleland
                                                    Magistrate Judge R. Steven Whalen

ONE HUNDRED THIRTY-NINE THOUSAND
SIX HUNDRED EIGHTY-THREE DOLLARS AND
NINETY-NINE CENTS IN UNITED STATES CURRENCY
($139,683.99) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXX; NINETY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($90,000.00) FROM FIFTH
THIRD BANK ACCOUNT #951144XXXX; AND
TWENTY-FOUR THOUSAND THIRTY EIGHT DOLLARS
AND SIXTY-TWO CENTS IN UNITED STATES CURRENCY
($24,038.62) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXB,

## ORDER FOR WITHDRAWAL OF CLAIM BY FIKRAT BARBOUR KAYALI

     Upon the accompanying Stipulation for Withdrawal of Claim by Fikrat Barbour Kayali, and the Court being otherwise advised in the premises; now, therefore:

     IT IS ORDERED that this case shall be dismissed with prejudice..


                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 21, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 21, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522