UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

      vs.                           Civil No. 07- 13386
                                   Honorable Robert H. Cleland
                                   Magistrate Judge R. Steven Whalen

ONE HUNDRED THIRTY-NINE THOUSAND
SIX HUNDRED EIGHTY-THREE DOLLARS AND
NINETY-NINE CENTS IN UNITED STATES CURRENCY
($139,683.99) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXX; NINETY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($90,000.00) FROM FIFTH
THIRD BANK ACCOUNT #951144XXXX; AND
TWENTY-FOUR THOUSAND THIRTY EIGHT DOLLARS
AND SIXTY-TWO CENTS IN UNITED STATES CURRENCY
($24,038.62) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXB,

**<u>ORDER FOR WITHDRAWAL OF CLAIM BY FIKRAT BARBOUR KAYALI</u>**

Upon the accompanying Stipulation for Withdrawal of Claim by Fikrat Barbour Kayali,

and the Court being otherwise advised in the premises; now, therefore:

IT IS ORDERED that this case shall be dismissed with prejudice..

                        S/Robert H. Cleland
                      ROBERT H. CLELAND
                      UNITED STATES DISTRICT JUDGE

Dated:  June 21, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 21, 2012, by electronic and/or ordinary mail.

S/Lisa Wagner

Case Manager and Deputy Clerk
(313) 234-5522