UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                      Civil No. 07- 13386
                                    Honorable Robert H. Cleland
                                    Magistrate Judge R. Steven Whalen

ONE HUNDRED THIRTY-NINE THOUSAND
SIX HUNDRED EIGHTY-THREE DOLLARS AND
NINETY-NINE CENTS IN UNITED STATES CURRENCY
($139,683.99) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXX; NINETY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($90,000.00) FROM FIFTH
THIRD BANK ACCOUNT #951144XXXX; AND
TWENTY-FOUR THOUSAND THIRTY EIGHT DOLLARS
AND SIXTY-TWO CENTS IN UNITED STATES CURRENCY
($24,038.62) FROM FIFTH THIRD BANK ACCOUNT
#791190XXXB,

        Defendants.
_____/

## **FINAL ORDER OF FORFEITURE**

      The Stipulation for Entry of Partial Consent Judgment and Final Order of

Forfeiture (Docket #27), having been incorporated herein by reference, in which the

parties agreed not to forfeit $80,000.00 and instead return it to Claimant FIDEL

RODRIGUEZ; and

      The withdrawal of the $5,000.00 claim by FIKRAT BARBOUR KAYALI, MD

(Docket #34), having resolved all other claims in the case;

      IT IS HEREBY ORDERED THAT:

      The defendant currency, totaling $173,722.61, is forfeited to the United States of

America pursuant to 18 U.S.C. § 981(a)(1)(C) and (a)(1)(A), that clear title to the

forfeited currency shall hereby be VESTED in the United States of America, and that the

United States Marshals Service, or its delegatee, is AUTHORIZED to dispose of the

defendants *in rem* in accordance with the law.

      _S/Robert H. Cleland_
      Honorable Robert H. Cleland
      UNITED STATES DISTRICT JUDGE

Dated: October 3, 2012